Member of New Jersey, New York, and California Bars

THE ALLEN LAW FIRM, LLC
**Maribel J. Allen, Esquire**
292 Livingston Avenue
New Brunswick, New Jersey 08901
Telephone: (732) 231-5500 and (732) 887-5739
Facsimile: (732) 860-9800
www.theallenlawfirmnj.com

**Email**: MaribelJAllenESQ@gmail.com
maribeljallen@theallenlawfirmnj.com

September 13, 2026

***VIA ECF***

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**RE: *Alban Romero v. Blanche*, No. 26-cv-10901 (MCA)**
**Request for Voluntary Dismissal and Closure of Matter**

Dear Judge Arleo:

This office represents Petitioner, Diego Fernando Alban Romero, in the above-captioned 28 U.S.C. § 2241 petition for a writ of habeas corpus.

We write to inform the Court that Petitioner no longer wishes to pursue the instant habeas corpus petition. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner respectfully requests that this Court enter an order voluntarily dismissing the petition without prejudice and directing the Clerk of Court to close this case.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

**THE ALLEN LAW FIRM, LLC**
/s/ *Maribel J. Allen*

**BY: MARIBEL J. ALLEN, ESQUIRE**
**Counsel for *Petitioner***

cc: All Counsel of Record (via ECF)

Case shall be dismissed and closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/14/26